# RECONSIDERATION DOCKET

**95–20. State ex rel. Midmark Corp. v. Indus. Comm.**

Franklin App. No. 93APD10–1457. Reported at 78 Ohio St.3d 2, 676 N.E.2d 73. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**96–2623. Rupert v. State Farm Mut. Auto. Ins. Co.**

Wood App. No. WD–95–103. Reported at 78 Ohio St.3d 1428, 676 N.E.2d 533. On motion for reconsideration. The motion fails for want of four votes on the following vote:

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., vote to deny.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., vote to grant.

RESNICK, J., not participating.

**96–2737. Painter v. State Auto Ins. Co.**

Franklin App. No. 95APE12–1558. Reported at 78 Ohio St.3d 1424, 676 N.E.2d 531. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

LUNDBERG STRATTON, J., not participating.

**96–2744. Platinum Fin. Serv. Ltd. v. Gurney.**

Cuyahoga App. No. 69481. Reported at 78 Ohio St.3d 1428, 676 N.E.2d 533. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**96–2765. State v. Kretzer.**

Montgomery App. No. 15503. Reported at 78 Ohio St.3d 1425, 676 N.E.2d 531. On motion for reconsideration. Motion denied.

**97–256. State ex rel. Young v. Montgomery.**

In Quo Warranto. Reported at 78 Ohio St.3d 1423, 676 N.E.2d 530. On motion for reconsideration. Motion denied.

# MISCELLANEOUS DISMISSALS

**96–2791. State ex rel. Sun Newspapers v. Moreland Hills.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appears from the records of this court that relator has not filed a brief, due April 11, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**97–741. State ex rel. Hall v. Ross Correctional Inst.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus or, in the alternative, for writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.